FILED

MAR -5 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | **1:25 CR 00097** |
| | ) | |
| v. | ) | |
| | ) | CASE NO._____ |
| AMY JO WAMACK, | ) | Title 18, United States Code, |
| | ) | Sections 2251(a) and (e) |
| Defendant. | ) | |

**JUDGE BRENNAN**

COUNT 1
(Conspiracy to the Production of Child Pornography, 18 U.S.C. §§ 2251(a) and (e))

The Grand Jury charges:

1.     From on or about April 4, 2024, to on or about April 17, 2024, in the Northern District of Ohio, Eastern Division, Defendant AMY JO WAMACK did combine, conspire, confederate, and agree with another to employ, use, persuade, induce, entice and coerce a minor, Victim 1, to engage in sexually conduct for the purpose of transmitting a visual depiction of such conduct, and she knew and had reason to know that the visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including a computer, and that visual depiction has been transported

and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2